## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

DARYL E. MERRIWETHER,      :  No. 75 MAL 2018

            Petitioner     :

                        :  Petition for Allowance of Appeal from
                        :  the Order of the Commonwealth Court

        v.               :

COMMONWEALTH OF PENNSYLVANIA,  :
DEPARTMENT OF TRANSPORTATION,   :
BUREAU OF DRIVER LICENSING,      :

            Respondent    :


## ORDER


**PER CURIAM**

    **AND NOW**, this 18th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.